LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: laa@mgalaw.com
mes@mgalaw.com

*Attorneys for Plaintiff Vern Elmer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER, an individual, | Case No.: 2:14-cv-01999-GMN-NJK |
| Plaintiff, | |
| vs. | **NOTICE OF PROOF OF SERVICE** |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; MTC FINANCIAL, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; SCOTT B. DAVIS, an individual; KAREN L. DAVIS, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD.

YOU AND EACH OF YOU will please take notice that on the 19th day of November, 2014, service of the following documents was properly made upon defendants Karen L. Davis and Scott B. Davis:

1. The Complaint filed in the Eighth Judicial District Court, Clark County, Nevada, dated October 21, 2014;

2. The Notice of Lis Pendens filed in the Eighth Judicial District Court, Clark County,

1  Nevada, dated October 24, 2014; and

2      3.    The Summons issued by the Clerk of the Eighth Judicial District Court, Clark
3  County, Nevada, dated October 27, 2014.

4  Copies of the corresponding affidavits of service and summons are attached hereto as Exhibit 1.

5      DATED this 30th day of December, 2014.

                                  Respectfully submitted,

**MAIER GUTIERREZ AYON**

                /s/ Luis A. Ayon
LUIS AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Vern Elmer*

2

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing **NOTICE OF PROOF OF SERVICE** was made on this 30th day of December, 2014, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Charity Barber*
An Employee of MAIER GUTIERREZ AYON

# EXHIBIT 1

# EXHIBIT 1

**SUMM**
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail:   laa@mgalaw.com
          mes@mgalaw.com

*Attorneys for Plaintiff Vern Elmer*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| VERN ELMER, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; MTC FINANCIAL, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; SCOTT B. DAVIS, an individual; KAREN L. DAVIS, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No.: A-14-708793-<br>Dept. No.: X<br><br>**SUMMONS - CIVIL** |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

### KAREN L. DAVIS

A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

1.  If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a)   File with the Clerk of the Court, whose address is shown below, a formal

1

written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

   (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiffs and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file and Answer or other responsive pleading to the Complaint.

CLERK OF THE COURT

TERRI STRINGER

Deputy Clerk  
Regional Justice Court  
200 Lewis Avenue  
Las Vegas, Nevada 89155

Date: OCT 27 2014

Respectfully submitted,

**MAIER GUTIERREZ AYON**

LUIS AYON, ESQ.  
Nevada Bar No. 9752  
MARGARET E. SCHMIDT, ESQ.  
Nevada Bar No. 12489  
400 South Seventh Street, Suite 400  
Las Vegas, Nevada 89101  
*Attorneys for Plaintiff Vern Elmer*

2

# AFFIDAVIT OF SERVICE

**State of Nevada**  **County of Clark**  **District Court**

Case Number: A-14-708793

Plaintiff:
**Vern Elmer, an Individual**

vs.

Defendant:
**JP Morgan Chase Bank National Association, a National Association, et al.**

For:
Luis Ayon
Maier Gutierrez Ayon
400 South Seventh Street, Suite 400
Las Vegas, NV 89101

Received by AM:PM Legal Solutions to be served on **Karen L. Davis an Individual, 45533 Olympic Way, Temecula, CA 95292**.

I, Larry Ballesteros, being duly sworn, depose and say that on the **19th day of November, 2014** at **9:15 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons-Civil, Complaint, District Court Civil Cover Sheet, and Notice of Lis Pendens** with the date and hour of service endorsed thereon by me, to: **"Jane Doe"** as **Co-Occupant** at the address of: **45533 Olympic Way, Temecula, CA 95292**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/17/2014  1:00 pm  Attempted Service: 45533 Olympic Way, Temecula, CA 95292. No answer at residence.
11/19/2014  9:15 pm  Service Made: 45533 Olympic Way, Temecula, CA 95292 on Co-Occupant "Jane Doe" authorized to accept.
11/21/2014  A copy of the documents were mailed on 11/21/2014 to Defendant.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 160, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 21st day of November, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

DAVID MIKE AZEMA
Commission # 1989332
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2016

Larry Ballesteros
588

**AM:PM Legal Solutions**
520 South 7th Street, Suite B
Las Vegas, CA 89101
(702) 385-2676

Our Job Serial Number: ONC-2014003324
Ref: 124886
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**SUMM**
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:     laa@mgalaw.com
            mes@mgalaw.com

*Attorneys for Plaintiff Vern Elmer*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| VERN ELMER, an individual, | Case No.: A-14-708793-<br>Dept. No.: X |
| Plaintiff, | |
| vs. | **SUMMONS - CIVIL** |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; MTC FINANCIAL, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; SCOTT B. DAVIS, an individual; KAREN L. DAVIS, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

### SCOTT B. DAVIS

A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

1.  If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a)  File with the Clerk of the Court, whose address is shown below, a formal

1

written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    (b)    Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiffs and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file and Answer or other responsive pleading to the Complaint.

CLERK OF THE COURT

_____  OCT 27 2014
Deputy Clerk                                      Date
Regional Justice Court
200 Lewis Avenue                          TERRI STRINGER
Las Vegas, Nevada 89155

Respectfully submitted,

**MAIER GUTIERREZ AYON**

_/s/ Luis Ayon_
LUIS AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Vern Elmer*

2

# AFFIDAVIT OF SERVICE

| State of Nevada | County of Clark | District Court |

Case Number: A-14-708793

Plaintiff:
**Vern Elmer, an Individual**

vs.

Defendant:
**JP Morgan Chase Bank National Association, a National Association, et al.**

For:
Luis Ayon
Maier Gutierrez Ayon
400 South Seventh Street, Suite 400
Las Vegas, NV  89101

Received by AM:PM Legal Solutions to be served on **Scott B. Davis, an Individual, 45533 Olympic Way, Temecula, CA 95292**.

I, Larry Ballesteros, being duly sworn, depose and say that on the **19th day of November, 2014** at **9:15 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons-Civil, Complaint, District Court Civil Cover Sheet, and Notice of Lis Pendens** with the date and hour of service endorsed thereon by me, to: **"Jane Doe" an Individual** as **Co-Occupant** at the address of: **45533 Olympic Way, Temecula, CA 95292**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/15/2014  8:20 am   Attempted Service: 45533 Olympic Way, Temecula, CA 95292. No answer at residence.
11/17/2014  1:00 pm   Attempted Service: 45533 Olympic Way, Temecula, CA 95292. No answer at residence
11/19/2014  9:15 pm   Service Made: 45533 Olympic Way, Temecula, CA 95292 on Co-Occupant "Jane Doe" authorized to accept.
11/21/2014   A copy of the documents were mailed on 11/21/2014 to Defendant.

**Description** of Person Served:  Age: 55,  Sex: F,  Race/Skin Color: Caucasian,  Height: 5'6",  Weight: 160,  Hair: Blonde,  Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 21st day of November, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

DAVID MIKE AZEMA
Commission # 1989332
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2016

Larry Ballesteros
588

AM:PM Legal Solutions
520 South 7th Street, Suite B
Las Vegas, CA 89101
(702) 385-2676

Our Job Serial Number: ONC-2014003323
Ref: 124886
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n