# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER,<br><br>            Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, et al.,<br><br>            Defendants. | Case No. 2:14-cv-01999-GMN-NJK<br><br>ORDER GRANTING MOTION TO INTERVENE<br><br>(Docket No. 21) |

Pending before the Court is the Federal Housing Finance Agency's motion to intervene, as conservator of the Federal Home Loan Mortgage Association. Docket No. 21. Any response was due no later than January 15, 2015. To date, no response has been filed opposing the motion. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds good cause for granting it.

Accordingly, because the motion is unopposed and for good cause shown,

IT IS HEREBY ORDERED that Proposed Intervenor Federal Housing Finance Agency's Motion to Intervene, Docket No. 21, is GRANTED. The Answer in Intervention shall be filed on the docket no later than January 23, 2015.

IT IS SO ORDERED.

DATED: January 16, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge