1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

VERN ELMER,                                           )
                                                      )     Case No. 2:14-cv-01999-GMN-NJK
10                        Plaintiff(s),               )
                                                      )     ORDER
11   vs.                                              )
                                                      )
12   JP MORGAN CHASE BANK NATIONAL                    )     (Docket Nos. 59, 60)
     ASSOCIATION, et al.,                             )
13                                                    )
                          Defendant(s).               )
14   _____ )

15          Pending before the Court is a proposed discovery plan and a joint motion to stay discovery.

16   Docket Nos. 59, 60.  The Court hereby **SETS** a discovery conference for February 26, 2015, at 4:30 p.m.

17   in Courtroom 3D.

18          IT IS SO ORDERED.

19          DATED:   February 12, 2015

20
21                                          _____
                                            NANCY J. KOPPE
22                                          United States Magistrate Judge

23
24
25
26
27
28