**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VERN ELMER, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01999-GMN-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, et al., | ) |
| Defendant(s). | ) |

Due to conflicting duties of the Court, the discovery conference set for February 26, 2015, at 4:30 p.m. in Courtroom 3D is hereby **ADVANCED** to February 25, 2015, at 4:30 p.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED:   February 13, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge