# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER,<br><br>        Plaintiff(s),<br><br>vs.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-01999-GMN-NJK<br><br>ORDER<br><br>(Docket No. 63) |

Pending before the Court is a motion to appear telephonically at the hearing set for February 25, 2015. Docket No. 63. The motion is hereby GRANTED. Any non-local counsel may attend that hearing telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: February 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge