UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| VERN ELMER, | ) | Case No. 2:14-cv-01999-GMN-NJK |
| Plaintiff(s), | ) ) | ORDER GRANTING JOINT MOTION TO STAY DISCOVERY |
| vs. | ) ) | (Docket No. 60) |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is a joint motion to stay discovery pending resolution of the motion for summary judgment filed at Docket No. 57. *See* Docket No. 60. The Court finds this matter appropriately resolved without oral argument, *see* Local Rule 78-2, and therefore **VACATES** the hearing set for February 25, 2015. The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases. For good cause shown, the motion to stay is hereby **GRANTED**. In the event resolution of the above motion for summary judgment does not result in the disposition of this case, the parties shall file a joint discovery plan within seven days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED: February 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge