Richard J. Reynolds, Esq.
Nevada Bar No. 11864
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363    Fax: 949.863.3350

Phillip A. Silvestri (SBN 11276)
E-mail: psilvestri@silgid.com
Neal D. Gidvani (SBN 11382)
E-mail: ngidvani@silgid.com
SILVESTRI GIDVANI, P.C.
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Tel: 702.979.4597    Fax: 702.933.0647

Attorneys for Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; MTC FINANCIAL, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; SCOTT B. DAVIS, an individual; KAREN L. DAVIS, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                          Defendants. | Case No. 2:14-cv-01999-GMN-NJKK<br><br>**MOTION TO APPEAR TELEPHONICALLY AT HEARING BY DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS**<br><br>Date:       June 18, 2015<br>Time:      1:30 p.m.<br>Judge:    Hon. Gloria M. Navarro<br><br>**AND ORDER THEREPON** |

1       Defendant MTC Financial Inc. dba Trustee Corps ("TRUSTEE CORPS") hereby requests that counsel for TRUSTEE CORPS, Richard J. Reynolds at Burke, Williams, & Sorensen, LLP be permitted to appear telephonically at the hearing on Thursday, June 18, 2015 at 1:30 p.m. on the Motion for Summary Judgment (Doc. 57). This request is made because TRUSTEE CORPS' counsel and its firm are located in Santa Ana, California, and the short notice creates an additional travel expense. I have previously personally appeared before the Court; just not in this case. I am admitted before the District Court and the State Bar of Nevada.

      Contact phone number for counsel is (949) 863-3363.

Dated: June 3, 2015

Burke, Williams & Sorensen, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

By: /s/ *Richard J. Reynolds*
Richard J. Reynolds

Phillip A. Silvestri
Neal D. Gidvani
SILVESTRI GIDVANI, P.C.
400 South Forth Street, Suite 500
Las Vegas, Nevada 89101

Attorneys for Defendants, MTC
FINANCIAL INC. dba TRUSTEE CORPS

## ORDER

**IT IS HEREBY ORDERED** that counsel's Motion to Appear Telephonically (ECF No. 85) is **GRANTED**.

**IT IS FURTHER ORDERED** that out-of-state counsel is instructed to call the following telephone number (702) 868-4912, and enter Access Code 123456, **five (5) minutes prior** to the time set for hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. **THE USE OF A CELL PHONE OR SPEAKER PHONE DURING THE CALL IS PROHIBITED. THE CALL MUST BE MADE USING A LAND LINE.**

**DATED** this 4th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to L.R., Part II, 5-4, I certify that I am an employee of BURKE, WILLIAMS & SORENSEN, LLP, and that on June 3, 2015, I caused to be served a true copy of the **MOTION TO APPEAR TELEPHONICALLY AT HEARING BY DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORP** addressed to all parties and counsel as identified on the Court-generated Notice of Electronic Filing; all counsel being registered to receive CM/ECF Electronic Filing as follows:

- **Abran E. Vigil** - vigila@ballardspahr.com, LVDocket@ballardspahr.com, wranghamc@ballardspahr.com
- **Leslie Bryan Hart** - lhart@fclaw.com, briviera@fclaw.com, pcarmon@fclaw.com
- **Sean L. Anderson** - sanderson@leachjohnson.com, kgruchow@leachjohnson.com, rcallaway@leachjohnson.com, rreed@leachjohnson.com
- **Asim Varma** - Asim_Varma@aporter.com
- **Luis A Ayon** - laa@mgalaw.com, agh@mgalaw.com, cmb@mgalaw.com, jag@mgalaw.com, jrm@mgalaw.com, mes@mgalaw.com, ndv@mgalaw.com
- **Howard Cayne** - Howard.Cayne@aporter.com
- **Phillip A. Silvestri** - psilvestri@silgid.com
- **Neal D. Gidvani** - ngidvani@silgid.com
- **John D. Tennert** - jtennert@fclaw.com, pcarmon@fclaw.com
- **Richard J. Reynolds** - rreynolds@bwslaw.com, dwetters@bwslaw.com, fcabezas@bwslaw.com, mslobodien@bwslaw.com, psoeffner@bwslaw.com
- **Michael A.F. Johnson** - michael.johnson@aporter.com
- **Ryan D Hastings** - rhastings@leachjohnson.com, chernandez@leachjohnson.com, rcallaway@leachjohnson.com

/ / /

/ / /

IRV #4840-4966-3524 v1

1
2
- **Margaret Schmidt** - mes@mgalaw.com, cmb@mgalaw.com, jag@mgalaw.com, jrm@mgalaw.com, laa@mgalaw.com, ndv@mgalaw.com
3
- **Sylvia O Semper** - sempers@ballardspahr.com

*[signature]*
Patti Soeffner

IRV #4840-4966-3524 v1

- 2 -

CERTIFICATE OF SERVICE